unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ EUGENE WEISS, Appellant, v. LLOYD M. BAUMAN et al., Defendants, and MAURICE M. CLAIRMONT et al., Respondents.— Order entered on June 3, 1960, granting defendants-respondents' motion, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, to dismiss the complaint for insufficiency, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of FRANK A. WALKER (Also Known as FRANK ALEXANDER WALKER), an Attorney.— Motion for reinstatement to the Bar denied. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ ABRAHAM I. SULTAN v. LAMPORT CO., INC.— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Does the second cause of action state facts sufficient to constitute a cause of action?" Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ (A) GUSTAVE ADAMS v. FARRELL LINES, INC., et al.— Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ. (B) RAMAPO ROCKLAND CORPORATION et al., v. MERCHANTS AND BUSINESS MEN'S MUTUAL INSURANCE COMPANY et al.— Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ. [In each action] Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs.

■ ANTHONY ESPOSITO v. ELIZABETH BRIEN.— Application granted. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ BOSTON KHAN v. MARY ENGEL et al.— Application denied, with $10 costs. The stay contained in the order to show cause, dated January 6, 1961, is continued for a period of 30 days from the service upon the attorney for the tenants of a copy of the order filed herein, with notice of entry thereof. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY LOUIS, JR.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY LOUIS, JR.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ CONDITIONAL PURCHASE CO., INC., v. REISS MEATS INC., et al.— Motion to vacate order of this court, entered on November 15, 1960, denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ JOSE C. GONZALEZ v. LA PRENSA, INC.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of certain exhibits which are set forth in the moving papers herein on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFREDO GRACIAS (JUAN CRUZ, Impleaded).— Motion for designation of counsel granted and Nathan Kestnbaum, Esq., Jerome Tobin, Esq., and Nancy Carley, Esq., are assigned as counsel for the defendant-appellant, Alfredo Gracias, for the purposes of the appeal nunc pro tunc as of August 9, 1960. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ THOMAS FLYNN, an Infant, by His Guardian ad Litem, MARY FLYNN, et al., v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points